FILED

2016 DEC -6 PM 1:50

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 16 CR 0379 |
| | ) | Title 18, Sections 1512(c)(2), |
| JESSE M. SMITH, | ) | 875(c), and 2, United States |
| | ) | Code |
| Defendant. | ) | |

JUDGE BOYKO

The Grand Jury charges:

COUNT 1

(Tampering with Documents or Proceedings,
Title 18, United States Code, Section 1512(c)(2))

1. Between on or about May 10, 2016, through on or about September 23, 2016, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant JESSE M. SMITH, corruptly obstructed, influenced, and impeded an official proceeding, namely the investigation of a federal grand jury empaneled in the Northern District of Ohio, Cleveland, by producing to the grand jury false and misleading documents in response to a federal grand jury subpoena, in violation of Title 18, United States Code, Section 1512(c)(2).

## COUNT 2

(Interstate Communications with Threat to Injure,
Title 18, United States Code, Section 875(c))

2.     On or about the September 19, 2016, in the Northern District of Ohio, Eastern Division, and elsewhere, the Defendant JESSE M. SMITH, knowingly and willfully did transmit in interstate and foreign commerce by means of a cellular phone, a communication containing a threat to injure the person of another, specifically, Defendant JESSE M. SMITH threatened to injure Robert Wawrzyniak, a special agent of United States Department of Agriculture, all in violation of Section 875(c) of Title 18 of the United States Code.

## COUNT 3

(Interstate Communications with Threat to Injure,
Title 18, United States Code, Section 875(c))

3.     On or about the September 23, 2016, in the Northern District of Ohio, Eastern Division, and elsewhere, the Defendant JESSE M. SMITH, knowingly and willfully did transmit in interstate and foreign commerce by means of a cellular phone, a communication containing a threat to injure the person of another, specifically, Defendant JESSE M. SMITH threatened to shoot Robert Springer, a special agent of United States Department of Agriculture, all in violation of Section 875(c) of Title 18 of the United States Code.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.