## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA**,** | : | CASE NO. 1:16CR379 |
| | : | |
| Plaintiff, | : | |
| | : | JUDGE CHRISTOPHER A. BOYKO |
| vs. | : | |
| | : | |
| JESSE M. SMITH, | : | **DEFENDANT'S UNOPPOSED** |
| | : | **MOTION FOR EXTENSION OF TIME** |
| Defendant. | : | |

Defendant, through counsel, respectfully moves this Honorable Court for a 24-hour extension of time to file Stipulations, Voir Dire, Defense Proposed Jury Instructions, and Trial Brief, presently due April 3, 2017. The reason for this request is defense counsel will be meeting with Mr. Smith (who lives several hours away from Cleveland in Guernsey County, Ohio) tomorrow morning, in order to discuss the above-referenced documents prior to filing.  Defense counsel has spoken with Assistant U.S. Attorney Duncan Brown, who advised that the government has no objection to this motion.

For this reason, Mr. Smith requests the Court grant this motion.

Respectfully submitted,

STEPHEN C. NEWMAN
Federal Public Defender
Ohio Bar: 0051928

*/s/Darin Thompson*_____
DARIN THOMPSON (#0067093)
Assistant Federal Public Defender
1660 West Second Street, Suite 750
Cleveland, Ohio 44113
(216) 522-4856 Fax: (216) 522-4321
e-mail address: darin_thompson@fd.org.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 3, 2017, a copy of the foregoing Motion was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's system.

/s/Darin Thompson_____
DARIN THOMPSON (#0067093)
Assistant Federal Public Defende