AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

UNITED STATES OF AMERICA

V.

JESSE SMITH

**EXHIBIT AND WITNESS LIST**

Case Number: 1:16CR379

| PRESIDING JUDGE CHRISTOPHER A. BOYKO | PLAINTIFF'S ATTORNEY BRAD BEESON/DUNCAN BROWN | DEFENDANT'S ATTORNEY DARIN THOMPSON |
|---|---|---|
| TRIAL DATE (S) 4/13/2017 - | COURT REPORTER GEORGE STAIDUHAR | COURTROOM DEPUTY Chris Huth |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X | | 4-13-17 | — | — | Robert Springer, Agent USDA OIG |
| 60 | | 4-13-17 | ✓ | ✓ | Subpoena & return re: Mt Hope Auction |
| 1 | | | ✓ | ✓ | Subpoena to Jesse Smith 5/11/16 |
| 2 | | | ✓ | ✓ | Subpoena to Jesse Smith 7/13/16 |
| 19 | | | ✓ | ✓ | Audio call 7/8 Springer–Smith |
| 20 | | | ✓ | ✓ | Audio call 7/12 Springer–Smith |
| 61 | | | ✓ | ✓ | Audio call Springer–Smith 7/12 |
| 22 | | | ✓ | ✓ | Audio call 7/14 Springer–Smith |
| 23 | | | ✓ | ✓ | Audio call 7/15 Springer–Smith |
| 25 | | | ✓ | ✓ | Audio call 7/21 Springer–Smith |
| 62 | | | ✓ | ✓ | Audio call 9/8 Springer–Smith |
| 18 | | | ✓ | ✓ | Wiretap call 5/18 Salem–Smith |
| 21 | | | ✓ | ✓ | Wiretap call 7/12 Salem–Smith |
| 29 | | | ✓ | ✓ | Wiretap call 3/10 Mike–Smith |
| 32 | | | ✓ | ✓ | Wiretap call 3/16 Mike–Smith |
| 34 | | | ✓ | ✓ | Wiretap call 4/29 Mike–Smith |
| 24 | | | ✓ | ✓ | Wiretap call 7/19 Salem–Smith |
| 26 | | | ✓ | ✓ | Wiretap call 7/28 Salem–Smith |
| 14 | | | ✓ | ✓ | Huntington records |
| 17 | | | ✓ | ✓ | Summary chart from Huntington |
| 27 | | | ✓ | ✓ | Audio call 9/19 Springer–Smith |
| 66 | | | ✓ | ✓ | Call log of Smith phone calls |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 3 Pages

AO 187A (Rev. 7/87)     **EXHIBIT AND WITNESS LIST – CONTINUATION**

USA vs. Jesse Smith     CASE NO. 1:16CR379

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 49 | | 4-13-17 | ✓ | ✓ | Body camera video (1) |
| 28 | | | ✓ | ✓ | Audio call 9/23 Springer – Smith |
| 50 | | | ✓ | ✓ | Body camera video (2) |
| 52 | | | ✓ | ✓ | Body camera video (4) |
| 53 | | | ✓ | ✓ | Body camera video (5) |
| 3 | | | ✓ | ✓ | Records provided by Smith |
| 4 | | | ✓ | ✓ | Checks provided by Smith |
| 16 | | | ✓ | ✓ | Chart of checks |
| 5 | | | ✓ | ✓ | Mt Hope invoices from search |
| 63 | | | ✓ | ✓ | Summary chart Mt Hope invoices |
| 6 | | | ✓ | ✓ | Barnesville Livestock invoices from search |
| 7 | | | ✓ | ✓ | New Holland invoices from search |
| 51 | | | ✓ | ✓ | Body camera video (3) |
| | B | | ✓ | | Audio 911 call from Smith |
| X | | 4-13-17 | — | — | Derrick Hurst, USDA-OIG |
| X | | 4-14-17 | — | — | Robert Wawrzyniak USDA-OIG |
| 39 | | 4-14-17 | ✓ | ✓ | Google map view of Smith property |
| 41 | | | ✓ | ✓ | Photo Smith residence |
| 42 | | | ✓ | ✓ | Photo Smith residence |
| 40 | | | ✓ | ✓ | Google map zoom view of property |
| 55 | | | ✓ | | Pipe |
| 65 | | | ✓ | ✓ | Audio of 911 call – Wawrzyniak |
| | A3 | | ✓ | ✓ | Google map larger view of area |
| X | | 4-14-17 | — | — | Robert Moledor, FBI CAST team |
| X | | 4-14-17 | — | — | Robert Oakley, Deputy Guernsey County |
| X | | 4-14-17 | — | — | Jeffrey Paden, Sheriff Guernsey Cty |
| X | | 4-17-17 | — | — | Greg Engelhard, USDA-OIG |


Case: 1:16-cr-00379-CAB  Doc #: 46  Filed: 04/18/17  3 of 3.  PageID #: 299

AO 187A (Rev. 7/87)    **EXHIBIT AND WITNESS LIST – CONTINUATION**

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| USA | | | vs. | Jesse Smith | CASE NO. 1:16 CR 379 |
| X | | 4-17-17 | — | — | Mark Barnhart, USDA-OIG agent |
| 43 | | 4-17-17 | ✓ | ✓ | Photo filing cabinet records |
| 44 | | | ✓ | ✓ | Photo desk in office area |
| | D | | ✓ | ✓ | Photo office area |
| | E | | ✓ | ✓ | Photo office desk |
| | F | | ✓ | ✓ | Photo closer view desk |
| 46 | | | ✓ | ✓ | Photo gun case under bed |
| X | | 4-17-17 | — | — | William Lesho, USDA agent |
| 69 | | 4-17-17 | ✓ | ✓ | Photo lamb with blue tag |
| 70 | | | ✓ | ✓ | Barnes Livestock document |
| | X | 4-17-17 | — | — | Tabitha Thompson, Huntington Bank |
| | X | 4-17-17 | — | — | Erin Chatterton, Huntington Bank |

Page 3 of 3 Pages